LOUIS HILDENSTEIN and Another, as Executors, etc., of LOUIS HILDENSTEIN, Deceased, Respondents, v. MARGUERITE FESS, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, McAvoy and Burr, JJ.

THE PEOPLE OF. THE STATE OF NEW YORK, Respondent, v. JOHN VICKERS, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Merrell, Finch, McAvoy and Burr, JJ.

WILLIAM J. JONES, Appellant, v. BROOKLYN CITY RAILROAD COMPANY, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, McAvoy and Burr, JJ.

HANNAH RANKIN, Respondent, v. ITTNER REALTY COMPANY, INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, McAvoy and Burr, JJ.; Clarke, P. J., and Finch, J., dissent.

MANUFACTURERS TRUST COMPANY, Appellant, v. ISAAC EPSTEIN and Others, Respondents, Impleaded with Another, Defendant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, on the ground that the affidavit of the plaintiff, uncontradicted, showed that there was no defense and the denial raised no material issue. Present — Clarke, P. J., Merrell, Finch, McAvoy and Burr, JJ.

EDWARD H. WRIGHT and Another, as Ancillary Receivers for the NEW JERSEY REFRIGERATING COMPANY, Appellants, v. SOLOMON GOLDBERG, Respondent.— Judgment and order reversed, with costs, and judgment directed to be entered in favor of the plaintiffs, with costs, on the authority of *Lion Brewery* v. *Fricke* (204 App. Div. 470). Settle order on notice. Present — Clarke, P. J., Merrell, Finch, McAvoy and Burr, JJ.

CATHERINE F. CORLESS, Respondent, v. INTERBOROUGH RAPID TRANSIT COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, McAvoy and Burr, JJ.

ANNA SCHUTTE, Respondent, v. ISIDORE CAVARIS, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, McAvoy and Burr, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. GEORGE KAMMERER, Appellant, v. WARDEN OF THE NEW YORK COUNTY PENITENTIARY, Respondent.— Order affirmed. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

ABRAHAM J. BERG, Respondent, v. THE LINEN THREAD COMPANY, Appellant. (Action No. 2.)— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

EDWARD H. JENNINGS, Respondent, v. CHARLES LANIER and Others, Copartners, etc., Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

EDWARD H. JENNINGS, Respondent, v. GUARANTY TRUST COMPANY OF NEW YORK, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

EDWARD H. JENNINGS, Respondent, v. CHASE NATIONAL BANK, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.